```
FILED
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LIW JIAW SAECHAO, ) <br> ) <br> Defendant. ) | Case No. 2:08-CR-0427-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LIW JIAW SAECHAO</u>, Case No. <u>2:08-CR-0427-MCE</u>, Charge <u>Title 18 USC § 1347</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of $_____

              \_\_    Unsecured Appearance Bond

              \_\_    Appearance Bond with 10% Deposit

              \_\_    Appearance Bond with Surety

              \_\_    Corporate Surety Bail Bond

              \_\_    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 24, 2010</u> at _10:25_ am.

By   _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge