**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Liw Jiaw Saecha

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-08-0427 MCE |
| Plaintiff ) | |
| ) | |
| vs. ) | WAIVER OF PERSONAL APPEARANCE |
| ) | |
| ) | AND ORDER |
| LIW JIAW SAECHA ) | |
| ) | |
| ) | |
| Defendant ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, Liw Jiaw Saecha hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant Saecha, hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the

1  same as if defendant Saecha were personally present and further
2  agrees to be present in court ready for hearing any day and hour
3  the court may fix in his absence.
4  　　Defendant Saecha further acknowledges that she has been
5  informed of his rights under Title 18 U.S.C. sections 3161-3174
6  of the Speedy Trial Act, and authorized his attorney to set
7  times and delays und the Act without defendant Saecha being
8  present and agrees to waive any and all time under both the
9  Sixth Amendment to the Constitution and the Speedy Trial Act
10 regarding his rights to a speedy public jury trial.
11 　　The original signed copy of this document shall be
12 maintained by counsel.
13
14 DATED May 27, 2010            Respectfully submitted,
15
                                /S/MICHAEL B. BIGELOW
16                              Attorney for Defendant

17                              /S/ LIW JIAW SAECHA
                                Liw Jiaw Saecha
18
19                                **ORDER**
20
21 **IT IS SO ORDERED.**
22 DATED: June 8, 2010
23                              _____
24                              MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE
25