DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Liw Jiaw Saechao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIW JIAW SAECHAO, et al,<br><br>Defendant | Case No.: 2:08 CR 00427 MCE<br><br>STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCING; ORDER |

IT IS HEREBY STIPULATED by and between the United States of America through

Philip Ferrari, Assistant United States Attorney, and defendant Liw Jiaw Saechao, by and

through her counsel, Danny D. Brace, Jr., that the hearing on Judgment and Sentencing currently

set for January 5, 2012 be vacated and reset for March 29, 2012 at 9:00 a.m.

Respectfully submitted,


Date:   12-29-11                                   By:      /s/ Danny D. Brace, Jr.,
                                                                   DANNY D. BRACE, JR.,
                                                                   Attorney for
                                                                   Liw Jiaw Saechao

STIP AND ORDER TO EXTEND TIME - 1

1   Date:    12-29-11                                    By:    /s/ Philip Ferrari
                                                                Authorized to sign for Mr. Ferrari,
2                                                               on December 29, 2011
                                                                Philip Ferrari
3                                                               Assistant U.S. Attorney

4

5        **IT IS SO ORDERED.**

6

7   Dated:  January 4, 2012

8   _____
    MORRISON C. ENGLAND, JR
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25