1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Liw Jiaw Saechao

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )  Case No.: 2:08 CR 00427 MCE
                                      )
10            Plaintiff,              )  STIPULATION RE: CONTINUANCE OF
                                      )  HEARING ON JUDGMENT AND
11       vs.                          )  SENTENCING; ORDER
                                      )
12 LIW JIAW SAECHAO, et al,           )
                                      )
13            Defendant               )

14      IT IS HEREBY STIPULATED by and between the United States of America through

15 Philip Ferrari, Assistant United States Attorney, and defendant Liw Jiaw Saechao, by and

16 through her counsel, Danny D. Brace, Jr., that the hearing on Judgment and Sentencing currently

17 set for January 5, 2012 be vacated and reset for March 29, 2012 at 9:00 a.m.

18                       Respectfully submitted,

19

20 Date:   12-29-11                    By:     /s/ Danny D. Brace, Jr.,
                                               DANNY D. BRACE, JR.,
                                               Attorney for
21                                             Liw Jiaw Saechao

22

23

24

25

                       STIP AND ORDER TO EXTEND TIME - 1

1

Date:   12-29-11                                By:     /s/ Philip Ferrari
                                                        Authorized to sign for Mr. Ferrari,
2                                                       on December 29, 2011
                                                        Philip Ferrari
3                                                       Assistant U.S. Attorney

4

5          **IT IS SO ORDERED.**

6

Dated:  January 4, 2012
7

8          _____
           MORRISON C. ENGLAND, JR
9          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIP AND ORDER TO EXTEND TIME - 2