DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIW JIAW SAECHAO,<br><br>    Defendant | Case No.: 2:08-CR-0427 MCE<br><br>STIPULATION AND ORDER RE CONTINUANCE OF JUDGMENT AND SENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and the defendant LIW JIAW SAECHAO, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 23, 2014.

2. By this stipulation, the defendants now move to continue the judgment and sentencing until March 20, 2014 at 9:00 a.m. and that the January 23, 2014 be vacated.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendant has been informed that defendant Saechao is very ill

with tuberculosis, anemia, rheumatoid arthritis, sleep apnea and vascular disease and other medical conditions. She has been recently released from the hospital, and is currently bedridden.

    b. Good cause is present for such a continuance due to defendant Saechao's medical condition.

Respectfully submitted,

Date:   1-14-13	By: /s/ Danny D. Brace, Jr.,
	DANNY D. BRACE, JR.,
	Attorney for
	Liw Jiaw Saechao

Date:   1-14-14	By:/s/ Philip Ferrari
	Authorized to sign for Mr. Ferrari
	On January 14, 2014
	Philip Ferrari
	Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT