DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LIW JIAW SAECHAO,<br><br>    Defendant | Case No.: 2:08 CR 0427 MCE<br><br>STIPULATION AND ORDER RE CONTINUANCE OF JUDGMENT AND SENTENCING |

    Plaintiff, United States of America, by and through its counsel of record, and the defendant LIW JIAW SAECHAO, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for judgment and sentencing on March 20 2014.

    2.    By this stipulation, the defendants now move to continue the judgment and sentencing until April 24, 2014 at 9:00 a.m. and that the March 20, 2014 court date be vacated. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Counsel for the defendant has been informed that defendant Saechao is still very

STIP AND ORDER TO EXTEND TIME - 1

ill with tuberculosis, anemia, rheumatoid arthritis, sleep apnea and vascular disease and other medical conditions.  She has been recently released from the hospital, and is currently bedridden.

  b. Good cause is present for such a continuance due to defendant Saechao's medical condition.

Respectfully submitted,

Date:  3-17-14            By:  /s/ Danny D. Brace, Jr.,
                  DANNY D. BRACE, JR.,
                  Attorney for
                  Liw Jiaw Saechao

Date:  3-17-14            By:/s/ Philip Ferrari
                  Authorized to sign for Mr. Ferrari
                  On March 17, 2014
                  Philip Ferrari
                  Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  March 18, 2014

                  _____
                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                   UNITED STATES DISTRICT COURT