DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LIW JIAW SAECHAO,<br><br>    Defendant | Case No.: 2:08-cr-00427-MCE-13<br><br>STIPULATION AND ORDER RE CONTINUANCE OF JUDGMENT AND SENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and the defendant LIW JIAW SAECHAO, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on October 23, 2014.

2. By this stipulation, the defendants now move to continue the judgment and sentencing until November 12, 2014 at 9:00 a.m. and that the October 23, 2014 court date be vacated.  Plaintiff does not oppose this request.  The interpreter has been informed.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendant has been informed that defendant Saechao is still very

ill with tuberculosis, anemia, rheumatoid arthritis, sleep apnea and vascular disease and other medical conditions.  She has been recently released from the hospital, and is currently bedridden.

  b.  Government has filed its Sentencing Memorandum which must be reviewed with defendant.

  c. Good cause is present for such a continuance due to defendant Saechao's medical condition.

Respectfully submitted,

Date:  10-21-14           By:  /s/ Danny D. Brace, Jr.,
                 DANNY D. BRACE, JR.,
                 Attorney for
                 Liw Jiaw Saechao

Date:  10-21-14           By:/s/ Philip Ferrari
                 Authorized to sign for Mr. Ferrari
                 On October 21, 2014
                 Philip Ferrari
                 Assistant U.S. Attorney

## ORDER

  IT IS SO ORDERED.

Dated:  October 24, 2014

                _____
                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                 UNITED STATES DISTRICT COURT